IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-cr-00194-M

UNITED STATES OF AMERICA,

v.

**ORDER**

TYREE LERON STEWART,

Defendant.

This matter comes before the court on letters received from Defendant concerning his sentence computation [DE 33, 34, 35]. To the extent the letters may be construed as requests for relief, the court finds that they seek relief pursuant to 28 U.S.C. § 2241. *See Gonzalez-Hernandez v. Coakley*, 778 F. App'x 245 (4th Cir. 2019) ("A federal prisoner may challenge the execution of his sentence, including the computation of his remaining term, by filing a § 2241 petition.") (citing *Fontanez v. O'Brien*, 807 F.3d 84, 86-87 (4th Cir. 2015)). To seek such relief in this court, the defendant must file a § 2241 petition on the form(s) provided by the Clerk of the Court.

The Clerk of the Court is DIRECTED to send a copy of the appropriate form petition to Defendant. Defendant must complete the petition in its entirety, sign it under penalty of perjury (or a person authorized by Defendant, such as an attorney, may sign it), and file the petition with the Clerk of this Court. Once the Clerk receives a properly completed petition, the Clerk shall open a new case in which the petition will be adjudicated. A copy of the completed § 2241 petition will be forwarded to the United States Attorney.

SO ORDERED this 6th day of July, 2023.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE